ents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another, Appellants, v. JOSEPH MERCADANTE, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LeROY SILK MILLS, INC., Respondent, v. MAJESTIC SHIRT Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAMS, INC., Respondent, v. JAMES L. TITUS, Doing Business, etc., and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CLARA MELLIS, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP GEFFIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LE GERE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of CHATHAM PHENIX NATIONAL BANK and TRUST COMPANY, as Successor Trustee, etc., of EMILE A. THOMAS, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIE HELENE FLUEGEL, as Administratrix, etc., of ERNEST J. FLUEGEL, Deceased, Appellant, v. FREDERIC R. COUDERT, Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Burr, J., dissents.

HENRY R. STERN and Another, Appellants, v. ARTHUR REICHMAN, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HERBERT F. DAWSON, Appellant, v. EDWARD MARGOLIES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN A. DUNN, Appellant, v. DESLAURIERS COLUMN MOULD Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARGARET GILBERT, Respondent, v. ANNA HILLMAN and Another, Defendants, Impleaded with PHILIP H. LAHM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBERT PAUL, Respondent, v. DeFOREST GRANT and Others, Defendants, Impleaded with 167 MADISON AVENUE REALTY CORPORATION, Appellant.— Order